

**FILED & ENTERED**

**JAN 03 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY jle         DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Coast Highway Ranfared Trust,<br><br>                          Debtor(s). | Case No.: 8:25-bk-10013-SC<br><br>CHAPTER 7<br><br>**ORDER DIRECTING PETITIONING CREDITOR TO APPEAR AND SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED**<br><br>Date:        January 16, 2025<br>Time:        1:30 p.m.<br>Courtroom: 5C |

　　　An involuntary petition was filed against Coast highway Ranfared Trust (the "Alleged Debtor") on January 3, 2025. The involuntary petition indicates that the Alleged Debtor is a "trust." Generally, a non-business trust is not eligible to be a debtor in bankruptcy. *See, e.g., Hunt v. TRC Props., Inc., (In re Hunt)*, 160 B.R. 131, 135 (9th Cir. BAP 1993).

　　　Accordingly, the Court finds good cause to require the petitioning creditor, Greg Tonkinson ("Petitioning Creditor"), to appear on January 16, 2025, at 1:30 p.m. and show cause why the involuntary petition should not be dismissed as the Alleged Debtor

does not appear to be eligible to be a debtor. A response to this order demonstrating why the Alleged Debtor is eligible to be a debtor in a chapter 7 proceeding and supported by admissible evidence must be filed by no later than January 13, 2025.

**If a response is not timely filed, or a response is filed, but the Petitioning Creditor does not appear at the hearing, the involuntary petition will be dismissed without further notice or hearing.**

IT IS SO ORDERED.

Date: January 3, 2025

Scott C. Clarkson
United States Bankruptcy Judge

-3-

## NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DIRECTING PETITIONING CREDITION TO APPEAR AND SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**SERVED BY THE COURT**

A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

*Petitioning Creditor*
Greg Tonkinson
31423 Coast Hwy #22
Laguna Beach, CA 92651