United States Bankruptcy Court

Central District of California

In re:                                                                                                                              Case No. 25-10013-SC
Coast Highway Ranfared Trust                                                                                    Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8                                             User: admin                                             Page 1 of 1
Date Rcvd: Jan 03, 2025                                Form ID: pdf042                                    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol       Definition**
+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Coast Highway Ranfared Trust, 31423 Coast Hwy #22, Laguna Beach, CA 92651-6994 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2025                                      Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 1

**FILED & ENTERED**

**JAN 03 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** jle    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Coast Highway Ranfared Trust,<br><br>Debtor(s). | Case No.: 8:25-bk-10013-SC<br><br>CHAPTER 7<br><br>**ORDER DIRECTING PETITIONING CREDITOR TO APPEAR AND SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED**<br><br>Date:    January 16, 2025<br>Time:    1:30 p.m.<br>Courtroom:  5C |

    An involuntary petition was filed against Coast highway Ranfared Trust (the "Alleged Debtor") on January 3, 2025. The involuntary petition indicates that the Alleged Debtor is a "trust." Generally, a non-business trust is not eligible to be a debtor in bankruptcy. *See, e.g., Hunt v. TRC Props., Inc., (In re Hunt)*, 160 B.R. 131, 135 (9th Cir. BAP 1993).

    Accordingly, the Court finds good cause to require the petitioning creditor, Greg Tonkinson ("Petitioning Creditor"), to appear on January 16, 2025, at 1:30 p.m. and show cause why the involuntary petition should not be dismissed as the Alleged Debtor

-1-

does not appear to be eligible to be a debtor. A response to this order demonstrating why the Alleged Debtor is eligible to be a debtor in a chapter 7 proceeding and supported by admissible evidence must be filed by no later than January 13, 2025.

**If a response is not timely filed, or a response is filed, but the Petitioning Creditor does not appear at the hearing, the involuntary petition will be dismissed without further notice or hearing.**

IT IS SO ORDERED.

Date: January 3, 2025

Scott C. Clarkson
United States Bankruptcy Judge

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DIRECTING PETITIONING CREDITION TO APPEAR AND SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**SERVED BY THE COURT**

A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

*Petitioning Creditor*
Greg Tonkinson
31423 Coast Hwy #22
Laguna Beach, CA 92651