FILED & ENTERED

JAN 14 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

In re:

Coast Highway Ramfared Trust,

Debtor(s).

Case No.: 8:25-bk-10013-SC

CHAPTER 7

**ORDER DISMISSING INVOLUNTARY PETITION**

Vacated hearing:
Date:      January 16, 2025
Time:      1:30 PM
Courtroom: 5C

On January 3, 2025, [Dk. 3], this Court issued an order directing the petitioning creditor, Greg Tonkinson ("Petitioning Creditor"), to appear on January 16, 2025, at 1:30 p.m. and show cause why the involuntary petition filed on January 3, 2025, should not be dismissed as the Alleged Debtor, which the involuntary petition indicates is a "trust," does not appear to be eligible to be a debtor ("OSC"). Generally, a non-business trust is not eligible to be a debtor in bankruptcy. *See, e.g., Hunt v. TRC Props., Inc., (In re Hunt),* 160 B.R. 131, 135 (9th Cir. BAP 1993). The OSC required a response by January 13, 2025, and cautioned that if a response was not filed, the involuntary petition

-1-

would be dismissed without further notice or hearing. No response was timely filed. Accordingly, the Court finds good cause to dismiss the involuntary petition.

**IT IS SO ORDERED.**

Date: January 14, 2025

Scott C. Clarkson
United States Bankruptcy Judge

Case 8:25-bk-10013-SC    Doc 8    Filed 01/14/25    Entered 01/14/25 10:07:15    Desc
Main Document    Page 3 of 3

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (specify) **ORDER DISMISSING INVOLUNTARY PETITION** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

SERVED BY THE COURT A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Petitioning Creditor
Greg Tonkinson
31423 Coast Hwy #22
Laguna Beach, CA 92651