United States Bankruptcy Court
Central District of California

| | |
|---|---|
| In re: | Case No. 25-10013-SC |
| Coast Highway Ramfared Trust | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 14, 2025 | Form ID: pdf042 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Coast Highway Ramfared Trust, 31423 Coast Hwy #22, Laguna Beach, CA 92651-6994 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jan 16, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 1

**FILED & ENTERED**

**JAN 14 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Coast Highway Ramfared Trust,<br><br><br>Debtor(s). | Case No.: 8:25-bk-10013-SC<br><br>CHAPTER 7<br><br>**ORDER DISMISSING INVOLUNTARY PETITION**<br><br>Vacated hearing:<br>Date:    January 16, 2025<br>Time:    1:30 PM<br>Courtroom: 5C |

On January 3, 2025, [Dk. 3], this Court issued an order directing the petitioning creditor, Greg Tonkinson ("Petitioning Creditor"), to appear on January 16, 2025, at 1:30 p.m. and show cause why the involuntary petition filed on January 3, 2025, should not be dismissed as the Alleged Debtor, which the involuntary petition indicates is a "trust," does not appear to be eligible to be a debtor ("OSC"). Generally, a non-business trust is not eligible to be a debtor in bankruptcy. *See, e.g., Hunt v. TRC Props., Inc., (In re Hunt),* 160 B.R. 131, 135 (9th Cir. BAP 1993). The OSC required a response by January 13, 2025, and cautioned that if a response was not filed, the involuntary petition

-1-

1 | would be dismissed without further notice or hearing. No response was timely filed.
2 | Accordingly, the Court finds good cause to dismiss the involuntary petition.
3 |    **IT IS SO ORDERED.**

Date: January 14, 2025

Scott C. Clarkson
United States Bankruptcy Judge

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled (specify) **ORDER DISMISSING INVOLUNTARY PETITION** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

SERVED BY THE COURT A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

Petitioning Creditor
Greg Tonkinson
31423 Coast Hwy #22
Laguna Beach, CA 92651